PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CRYSTAL BURKS SINGH,<br><br>Defendant. | CASE NO. 2:23-CR-00279 DJC<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING<br><br>DATE: October 10, 2024<br>TIME: 2:00 p.m. |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Assistant Federal Defender Christina Sinha, counsel for defendant Crystal Burks Singh, that the preliminary hearing scheduled for October 10, 2024, be continued to **October 15, 2024, at 2:00 p.m.**

Due to a mandatory training, Probation Officer, Talia Carrubba-Katz is unavailable to testify on October 10, 2024. Probation Officer Carrubba-Katz is a necessary and material witness for the preliminary hearing. Accordingly, the parties request that the preliminary hearing in this matter be reset for October 15, 2024.

///
///
///
///

1

Respectfully submitted,

Dated: October 4, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ WHITNEE GOINS
WHITNEE GOINS
Assistant United States Attorney

Dated: October 4, 2024

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Assistant Federal Defender
Attorney for Defendant
CRYSTAL BURKS SINGH

## **O R D E R**

**IT IS HEREBY ORDERED** that the preliminary hearing currently scheduled for October 10, 2024, at 2:00 p.m. is continued to **October 15, 2024, at 2:00 p.m. before Magistrate Judge Sean C. Riordan.**

Dated: October 4, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE